United States Court of Appeals
Fifth Circuit

**F I L E D**

August 6, 2007

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 06-50952
Summary Calendar

UNITED STATES OF AMERICA

Plaintiff-Appellee

v.

RAMON SANCHEZ CARBAJAL, also known as Ramon Carbajal

Defendant-Appellant

Appeal from the United States District Court
for the Western District of Texas
USDC No. 4:05-CR-229-1

Before REAVLEY, DENNIS and PRADO, Circuit Judges.

PER CURIAM:[*]

Ramon Sanchez Carbajal appeals his conditional guilty-plea conviction for possession of marijuana with intent to distribute, in violation of 21 U.S.C. § 841. He asserts that the district court erred in denying his motion to suppress incriminating statements made to law enforcement agents. Carbajal maintains that the agents coerced his guilty plea by allowing him to meet with his pregnant wife before taking him to jail and by telling his wife that she should

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

convince Carbajal to cooperate with their investigation. The totality of the circumstances shows that Carbajal's statements were made without governmental coercion. See United States v. Cardenas, 410 F.3d 287, 292-93 (5th Cir. 2005); United States v. Bell, 367 F.3d 452, 461 (5th Cir. 2004). The judgment of the district court is AFFIRMED.